ACCEPTED
03-15-00271-CV
7904297
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/19/2015 12:08:32 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00271-CV

| | | |
|---|---|---|
| CYNTHIA WALKER, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF NORMAN WALKER; STEPHEN WALKER; STEPHANIE WALKER HATTON; JORDAN WALKER; AND CAREN ANN JOHNSON, *Appellant*, | § § § § § § § § § § § | IN THE THIRD DISTRICT |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/19/2015 12:08:32 PM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| V. | § § | COURT OF APPEALS |
| UME, INC. D/B/A CAMP HUACO SPRINGS; WWGAF, INC. D/B/A ROCKIN 'R' RIVER RIDES; WILLIAM GEORGE RIVERS; AND RICHARD DUANE RIVERS *Appellees*. | § § § § § § | AUSTIN, TEXAS |

---

**APPELLEE WWGAF, INC. D/B/A ROCKIN 'R' RIVER RIDES'
UNOPPOSED FIRST MOTION TO EXTEND TIME TO FILE BRIEF**

---

TO THE FOURTH COURT OF APPEALS:

Appellee WWGAF, INC. D/B/A ROCKIN 'R' RIVER RIDES ("Appellee

WWGAF") asks the Court to extend the time to file their brief.

**A. INTRODUCTION**

1.    Appellants are CYNTHIA WALKER, INDIVIDUALLY AND ON

BEHALF OF THE ESTATE OF NORMAN WALKER; STEPHEN WALKER;

STEPHANIE WALKER HATTON; JORDAN WALKER; and CAREN ANN JOHNSON; Appellees are UME, INC. D/B/A CAMP HUACO SPRINGS; WWGAF, INC. D/B/A ROCKIN 'R' RIVER RIDES; WILLIAM GEORGE RIVERS; and RICHARD DUANE RIVERS.

2.     The Clerk's Record in this case was filed on July 23, 2015.

3.     Appellants' brief was filed on October 28, 2015.

4.     Appellees' briefs are currently due to be filed on November 30, 2015.

5.     Appellate counsel recently appeared in this matter and was not involved in the motions practice at the trial court level. The Clerk's Record alone consists of 2,270 pages. Appellants have presented six issues for review. Given the length of the record, the number of issues presented, and the complexity of the case, counsel requires additional time to fully and adequately address the issues before the Court.

6.     Further, Appellee WWGAF's counsel is currently and extensively involved in briefing and motions practice related to the *City of West, Texas v. CF Industries Sales, LLC, et al*; Cause No. 2013-2476-4, otherwise known as the *West Explosion Cases,* pending in the 170th District Court of McLennan County, Texas. This matter requires a significant expenditure of time and resources.

7.     In addition to the forgoing, undersigned in involved in the following matters:

a.    Case No. 04-14-00781-CV; *The City of Shavano Park* v. *Ard Mor, Inc. Texas Ardmor Properties, LP and Texas Ardmor Management, LLC*; In the Fourth Court of Appeals District of the United States Court of Appeals, San Antonio, Texas;

b.    Case No. 04-14-00796-CV; *Lockhill Ventures, LLC* v. *Ard Mor, Inc. Texas Ardmor Properties, LP and Texas Ardmor Management, LLC*; In the Fourth District Court of Appeals, San Antonio, Texas;

c.    Case No. 13-15-00307-CV; *Alan L. Hamilton, Individually and as Successor Trustee of the Hamilton Family Trust, and as Independent Executor of the Estate of Maurine P. Hamilton v. Daniel Davila, III*; In the Thirteenth District Court of Appeals, Corpus Christi, Texas and Edinburg, Texas;

d.    Case No. 04-15-00537-CV; *Joshua Kalinchuk v. JP Sanchez Construction Co.*; In the Fourth District Court of Appeals, San Antonio, Texas;

e.    Case No. 15-51032; *Karla El-Hajjami v. United Medical Centers*; In the United States Court of Appeals for the Fifth Circuit;

f.    Case No. 04-15-000705-CV; *Eaton Commercial, LP v. Paradigm Hotel SA Riverwalk LP*; In the Fourth District Court of Appeals, San Antonio, Texas;

g.    Civil Case No. 1:14-cv-00215; *Gaspar Gonzalez vs. Philadelphia Indemnity Insurance Company*; In the United States District Court for the Southern District of Texas, Brownsville Division *(Notice of Appeal filed 11/13/2015)*;

h.    Civil Case No. 5:14-CV-00039; *Long Beach Development Associates, L.P. vs. Gold's Texas Holdings Group, Inc. f/k/a Gold's Texas LP, Inc. and Gold's Gym International, Inc.;* In the United States District Court for the Western District of Texas, San Antonio Division;

> i. Civil Case No. 5:15-cv-00201; *Road Repair LLC, v. Liberty Mutual Insurance Company, and H.L. Zumwalt*; In the United States District Court for the Southern District of Texas; Laredo Division; and
>
> j. Cause No. D-1-GN-11-003133; *David Feigleson, James Woolley and Judy Woolley v. MV Lakeway Partners, Ltd., et al.*; In the 261st Judicial District Court of Travis County, Texas.

8. Based on the forgoing, Appellee WWGAF requests an additional 60 days to file their brief, extending the time until January 29, 2016.

9. No prior extensions of time to file the briefs have been requested or granted.

10. This extension is not sought for delay, but so that the complex legal issues involved in the parties' dispute can be developed and so that justice may be had.

11. Counsel for Appellants does not oppose this motion.

12. Counsel for all other Appellees does not oppose this motion.

### B. PRAYER

13. For these reasons, Appellee WWGAF prays that this Motion be granted and that this Court grant an extension of time to file their brief until January 29, 2016, and for other and further relief to which Appellee WWGAF may be entitled.

Respectfully submitted,

COKINOS, BOSIEN & YOUNG

By */s/ Karen L. Landinger*

    KAREN L. LANDINGER
    State Bar No. 00787873
    ANDRES R. GONZALEZ
    State Bar No. 24032240
    10999 West IH-10, Suite 800
    San Antonio, Texas  78230
    (210) 293-8700 (Office)
    (210) 293-8743 (Landinger)
    (210) 293-8752 (Gonzalez)
    (210) 293-8733 (Fax)
    klandinger@cbylaw.com
    agonzalez@cbylaw.com

ATTORNEYS FOR APPELLEE, WWGAF, INC. D/B/A ROCKIN 'R' RIVER RIDES

## CERTIFICATE OF CONFERENCE

The undersigned hereby certified that Counsel for Appellee WWGAF has conferred with Counsel for Appellants and Counsel for all other Appellees who do not oppose this motion.

    */s/ Karen L. Landinger*

KAREN L. LANDINGER
ANDRES R. GONZALEZ

# CERTIFICATE OF SERVICE

I certify on November 19, 2015, I served a copy of the foregoing *Appellee WWGAF, INC. d/b/a Rockin 'R' River Rides' Unopposed First Motion to Extend Time to File Brief* on the parties listed below by electronic service and that the electronic transmission was reported as complete. My email address is klandinger@cbylaw.com.

*COUNSEL FOR APPELLANTS*
Clark Richards
RICHARDS RODRIGUEZ & SKEITH
816 Congress Avenue, Suite 1200
Austin, Texas 78701
(512) 476-0005 (Fax)
(512) 476-1513 (Office)
crichards@rrsfirm.com

*COUNSEL FOR APPELLEES, UME, INC. d/b/a CAMP HUACO SPRINGS, WILLIAM GEORGE RIVERS, AND RICHARD DUANE RIVERS*
Willie Ben Daw III
DAW & RAY, LLP
5718 Westheimer Road, Suite 1750
Houston, Texas 77057
(713) 266-3121 (Office)
(713) 266-3188 (Fax)
wbdaw@dawray.com


/s/ Karen L. Landinger
KAREN L. LANDINGER